**STATE OF MAINE**

STATE OF MAINE  
DISTRICT COURT  
SOMERSET, SS.

CIVIL ACTION  
DOCKET NO.

Gregory Paul Violette,

    Plaintiff,

Vs.

PLAINTIFF'S CIVIL COMPLAINT  
CONTRACT

Click Bank,  
Defendant.

PLAINTIFF'S CIVIL COMPLAINT

NOW COMES the Plaintiff, Gregory Paul Violette and states as follows:

- On or about, August 29, 2020, I ordered from Click Bank their product Resurge, I ordered three bottles.
- On or about September 3, 2020, I got the three bottles of Resurge from Click Bank. Both Barbara Crawford and I started taking the Resurge on September 3, 2020.
- The Resurge was to help us get better sleep and was to make our needed sleep decrease to about 7 to 8 hours a night and start losing weight.
- Barbara and I used the Resurge from September 3, 2020, until September

1

18, 2020, taking four pills each, one hour before bedtime. Barbara and I did NOT get less sleep each night, Barbara was still sleeping her 9 to 10 hours a night, my sleep increased from 6 hours to 8 hours a night. Both Barbara and I did NOT notice that we were getting better sleep, NOT TRUE!

- Barbara and I did NOT loss any weight. Our weight stayed about the same, NO decease in our weight.
- Click Bank advertised that Resurge would decrease our needed sleep and that was NOT true.
- Click Bank advertised that Resurge would decrease our weight without dieting or and workout whatsoever, we did NOT loss any weight.
- I have sent back one full bottle of Resurge and one empty bottle and one bottle that was opened and returned. Click Bank has refused to honor their 30-day refund policy.

### CONCLUSION

Plaintiff prays that the court will award Plaintiff punitive damages and exemplary damages in the amount of $550,000.00 because of Defendant's unfairly dealing with our contract and their false advertising. I also ask the court to award attorney fees and court cost and any other relief that the court deems just.

Dated at Madison, Maine this 24th day of September 2020.

*[signature]*

Gregory Paul Violette, Plaintiff
21 Summer St.
Madison, Maine 04950
Phone Number: 207-399-7567